FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH          DEPUTY

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 023356
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: Mary.Minder@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>       vs.<br><br>TN: Dean Riley Welfringer<br> Dean Welfringer,<br><br>             Defendant. | NO.   CR-18-621-PHX-GMS<br><br>**I N F O R M A T I O N**<br><br>VIO: 18 U.S.C. § 201(c)(1)(B)<br>(Bribery of a Public Official)<br>Count 1 |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
**BRIBERY OF A PUBLIC OFFICIAL**
**(18 U.S.C. § 201(c)(1)(B))**

On or about October 30, 2014, in the District of Arizona, DEAN WELFRINGER was a public official working for the National Credit Union Association as a Credit Union Examiner. Otherwise than as provided by law for the proper discharge of his official duty, he directly or indirectly demanded, sought, received, accepted, or agreed to receive or accept something of value personally for or because of an official act performed or to be performed by a Credit Union Examiner. Among other things, he personally received a loan from RFCU because he was reviewing RFCU as a Credit Union Examiner.

///

All in violation of 18 U.S.C. § 201(c)(1)(B).

Dated this 10th day of April, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*Mary Bridget Minder*
M. BRIDGET MINDER
Assistant U.S. Attorney

Rec'd: 4/10/18
W1-18-00322-PHX-GMS(JZB)

# CASE SUMMARY

|  | Information | USAO No. | 2017R16871   PHX |
|---|---|---|---|
|  |  | County | Maricopa |
|  |  | District Court Number | CR-18-621-PHX-GMS |
|  | Felony | Magistrate Judge Case No. |  |
|  |  | District Judge Logan Conflict | ☐ Yes  ☒ No |
|  |  | District Judge Tuchi Conflict | ☐ Yes  ☒ No |
|  |  | District Judge Humetewa Conflict | ☐ Yes  ☒ No |
|  |  | Magistrate Judge Boyle Conflict | ☐ Yes  ☒ No |
|  |  | Estimated Trial Time | 2 weeks |

| USA vs. | Welfringer, Dean | 1 |
|---|---|---|
|  | (Last, First, Middle) | Defendant No. |
| DOB: | 10/29/1964 | ☐ Juvenile |
| Location/Address (if in custody include attorney's address) | c/o Faisal Ullah<br>MayesTelles PLLC<br>3636 N. Central Ave, Ste. 1000<br>Phoenix, AZ, 85012 |  |

| ISSUE NOTICE TO APPEAR | ISSUE SUMMONS | ISSUE WARRANT |
|---|---|---|
|  | Issue Summons |  |

| District Judge: |  | **SPEEDY TRIAL ACT TIME REQUIREMENTS** |  |
|---|---|---|---|
| Magistrate Judge: |  | Date of Indict/Info: |  |
| Asst. U.S. Attorney: | M. Bridget Minder | Arraignment set for: |  |
| Defendant's Atty: | Faisal Ullah | Must be tried by: |  |
| Agent: | SA Don Daley<br>SA Barry M. Grzechowiak | **BY ORDER OF THE COURT** | |
| Agency: | Consumer Financial Protection Bureau | Trial Date set: |  |
| Agent Phone: | (415) 730-8949<br>(571) 217-3859 |  |  |
| Agent Email: | Don.R.Daley@frb.gov<br>bgrzechowiak@ncua.gov |  |  |

| USC SECTION | OFFENSE | COUNT | PENALTY |
|---|---|---|---|
| 18 USC § 201(c)(1)(B) | Bribery of a Public Official | 1 | $250,000 fine or imprisoned not more than 2 years, or both; and a term of supervised release of one year. |



DISTRIBUTION:    ⮕Court File    ⮕U.S. Attorney    ⮕Defense Attorney    ⮕Court Clerk